IN THE UNITED STATES DISTRICT COURT FOR
            THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                *
FRANCIS AKINRO,                 *

    Plaintiff,                  *

        v.                      *    CIVIL NO.:  WDQ-10-1282

YORKEWOOD APARTMENTS,           *
*et al.*,
                                *
    Defendants.
                                *

*    *    *    *    *    *    *    *    *    *    *    *    *

                       MEMORANDUM OPINION

On May 17, 2010, Francis Akinro,[1] *pro se*, sued Yorkewood Apartments and over 50 individuals--including a federal court judge, "Mrs. Barbara Bush," and several Nigerian citizens--and moved for leave to proceed *in forma pauperis*.[2]  Paper Nos. 1 & 2. The complaint alleges that Akinro was:

> denied rentage of apartment because of bad credit and I am sleeping in the street because of the problem which can take away my life.[3]

---

[1]  Akinro claims to be "U.S. Solicitor General," "Assistant Attorney General," and a "Professor."  *See* Compl. 3-4, Ex. 1 at 1.

[2]  Akinro states that he (1) receives $3,063 per month in retirement income, (2) has been employed by the U.S. Department of Justice since July 2009, and (3) has about $200,000 in the bank.  Paper No. 2 at 2.  Although Akinro's indigency application contains questionable information, the Court will grant him leave to proceed *in forma pauperis*.

[3]  Akinro has attached an email chain between himself and a Yorkewood Apartments representative in which he claims to be a

Compl. 2. As relief, Akinro seeks (1) "eighty hundred and ninety seven thousand trillion[] dollars" in damages, (2) an injunction requiring Yorkewood management to rent him an apartment, and (3) sentences of life imprisonment for the individual defendants. *Id*. at 4. A "Complaint Addendum" lists over 50 individual defendants and claims a violation of the Fair Credit Reporting Act for Yorkewood's failure to refund him $40.44. *Id*. at Ex. 1 at 2-3.[4] An arrest warrant is also attached to the Complaint, which invokes the Federal Rules of Criminal Procedure and the "California Penal Code." *Id*. at Ex. 3.

Prior to the service of process, federal courts may dismiss *sua sponte* claims filed *in forma pauperis* "if satisfied that the action is frivolous or malicious." *Neitzke v. Williams*, 490 U.S. 319, 324 (1989); *see also* 28 U.S.C. § 1915(e)(2).[5] Factually baseless lawsuits include those "describing fantastic

---

"Professor" and "U.S. Solicitor General." Compl. at 3. The email indicates that Akinro was declined an apartment rental due to credit. *Id*.

[4] Presumably this money was paid to obtain Akinro's credit report.

[5] *See also Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1314 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951, 954-55 (4th Cir. 1995).

or delusional scenarios, with which federal district judges are all too familiar." *Id*. at 328.

Even giving the Complaint and its attachments a generous construction, the Court finds no basis to permit the action to continue or to allow supplementation.[6] The Complaint is replete with fanciful and delusional allegations. Accordingly, it shall be dismissed under 28 U.S.C. § 1915(e)(2).

May 27, 2010             _____/s/_____
Date                           William D. Quarles, Jr.
                                        United States District Judge

---

[6] In his civil cover sheet, Akinro cites Title VII of the Civil Rights Act of 1964 "base[d] on National Origin. Refuse to rent their hotel for me and I am sleeping in street." Compl., Ex. 5. Considering the bizarre allegations made in the Complaint, the Plaintiff is not entitled to supplement based on this conclusory statement.